■ HENRY KENNY et al., Plaintiffs, v JAMES H. BACOLO et al., Defendants, and MARTIN L. HOROWITZ, Defendant and Third-Party Plaintiff-Appellant. ATLANTIC REPAIR CO., INC., et al., Third-Party Defendants-Respondents. — In a negligence action to recover damages for personal injuries sustained in an automobile accident, defendant third-party plaintiff Horowitz appeals from an order of the Supreme Court, Richmond County, dated February 23, 1981, which, *inter alia*, dismissed the third-party complaint. Order affirmed, with one bill of $50 costs and disbursements to respondents appearing separately

and filing separate briefs, for the reasons stated in the memorandum decision of Mr. Justice Rubin at Special Term. Damiani, J. P., Lazer, Gibbons and Gulotta, JJ., concur.